UNITED STATES of America,
Plaintiff–Appellee,

v.

Tracy Eldon LEWIS, Defendant–Appellant.

No. 07–35769.

United States Court of Appeals,
Ninth Circuit.

Submitted March 16, 2010.*

Filed April 1, 2010.

Joseph E. Thaggard, Assistant U.S., Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

David F. Ness, Assistant Federal Public Defender, Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Tracy Eldon Lewis, Adelanto, CA, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

### MEMORANDUM **

Federal prisoner Tracy Eldon Lewis appeals from the district court's order denying his motion for relief under 28 U.S.C. § 2255. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we vacate and remand for an evidentiary hearing.

Lewis contends that his counsel rendered ineffective assistance by failing to file a notice of appeal. The Government agrees this claim is controlled by *United States v. Sandoval–Lopez*, 409 F.3d 1193, 1197–98 (9th Cir.2005), which holds that it is ineffective assistance of counsel to refuse to file a notice of appeal when requested, even if doing so is contrary to a plea agreement. Accordingly, we remand this claim to the district court for an evidentiary hearing as required by *Sandoval–Lopez*.

Lewis' motion to expand the certificate of appealability is denied. *See* 9th Cir. R. 22–1(e); *see also Hiivala v. Wood*, 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**VACATED and REMANDED for an evidentiary hearing.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).